**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------

EMMANUEL RODRIGUEZ,

                        Plaintiff,

- against -

HECTOR CHAL DOMINGUEZ a/k/a "JULIO CHAL DOMINGUEZ" and CHAL VISION GROUP, INC

                        Defendant.

-------------------------------------------------------------------------

Case No.: 1:22-cv-1782

**DEFAULT JUDGMENT**

The action having been commenced on March 3, 2022, by filing of the Summons and Complaint having been personally served on the Defendant Hector Chal Dominguez a/k/a "Julio Chal Dominguez", on March 19, 2022, by personal service through a process server by serving Hector Chal Dominguez a/k/a "Julio Chal Dominguez" personally, and proof of service having been filed on March 31, 2022, and the Defendant's Default, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED, AND DECREED: That plaintiff have judgment against the Hector Chal Dominguez a/k/a "Julio Chal Dominguez" in the amount of $80,000.00 with interest at 9% from March 3, 2022, amounting to $3,412.60, and costs and disbursements in the amount of $1,062.00 amounting in all to $84,876.60.

Dated: New York, New York
       September 14, 2022

_[signature]_
United States District Judge

This document was entered on the docket on September 14, 2022